## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

Julie Cholly

                              Plaintiff,

v.                                                 Case No.: 1:15−cv−05030
                                                               Honorable Robert W. Gettleman

The Uptain Group, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 21, 2017:

      MINUTE entry before the Honorable Robert W. Gettleman: On joint stipulation, pursuant to R. 41(a)(1)(A)(ii) FRCP, this action is dismissed with prejudice as to plaintiff's individual claims and without prejudice as to claims, if any, of the members of the putative class. Status hearing date of 8/22/2017 is stricken. Civil case terminated. Mailed notice (gds)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.